[Reset Form]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CASE SUMMARY**

Case Number: SACR14-00034

Defendant Number: 1

U.S.A. v. Michael D. Drobot

Year of Birth: 1944

☐ Indictment  ☑ Information

Investigative agency (FBI, DEA, etc.): FBI, USPS, & IRS

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."

FILED 2014 FEB 21 AM 10:29 CLERK U.S. DISTRICT COURT CENTRAL DIST OF CALIF SANTA ANA

## OFFENSE/VENUE

a. Offense charged as a:

☐ Misdemeanor   ☐ Minor Offense   ☑ Felony
☐ Petty Offense  ☐ Class B Misdemeanor

b. Date of Offense: 1998 - 11/13

c. County in which first offense occurred: Orange County and Los Angeles

d. The crimes charged are alleged to have been committed in:

CHECK **ALL** THAT APPLY

☑ Los Angeles      ☐ Ventura
☑ Orange           ☐ Santa Barbara
☐ Riverside        ☐ San Luis Obispo
☐ San Bernardino   ☐ Other: _____

Citation of Offense: 18 U.S.C. § 371 and 42 U.S.C. §§ 1320a-7b(b)(2)(A)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☑ No   ☑ Yes

IF YES   Case Number _____

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED**

**Case** [UNDER SEAL CASE], SACR 12-23-JST

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: N/A

Case Number _____

Charging _____

The complaint:   ☐ is still pending
☐ was dismissed on: _____

## PREVIOUS COUNSEL

Was defendant previously represented?   ☑ No   ☐ Yes

IF YES, provide, Name: N/A

Phone Number: _____

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
☐ Yes*   ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*   ☑ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

## Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?**   ☐ Yes   ☑ No

This is the _____ superseding charge, i.e. 1st, 2nd.

The superseding case was previously filed on: N/A

Case Number _____

The superseded case:

☐ is still pending before Judge/Magistrate Judge _____

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
☐ Yes*   ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*   ☐ No

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
- [ ] Yes
- [x] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required?   [ ] YES   [x] NO
IF YES, list language and/or dialect: _____

**OTHER**
- [x] Male   [ ] Female
- [x] U.S. Citizen   [ ] Alien
- Alias Name(s): _____

This defendant is charged in:   [x] All counts
- [ ] Only counts: _____
- [ ] This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.
- [ ] This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?   [ ] Yes   [x] No
IF YES, should matter be sealed?   [ ] Yes   [ ] No

The area of substantive law that will be involved in this case includes:
- [ ] financial institution fraud
- [ ] government fraud
- [ ] environmental issues
- [ ] narcotics offenses
- [ ] violent crimes/firearms
- [ ] public corruption
- [ ] tax offenses
- [x] mail/wire fraud
- [ ] immigration offenses
- [ ] corporate fraud
- [x] Other: Federal kickbacks

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: N/A
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision?   [ ] Yes   [x] No
d. Is a Fugitive   [ ] Yes   [x] No
e. Is on bail or release from another district: _____
f. [x] Has not been arrested but will be notified by summons to appear.
g. Warrant requested.   [ ] Yes   [x] No

Defendant is **in** custody:
a. Place of incarceration:   [ ] State   [x] Federal
b. Name of Institution: N/A
c. If Federal: U.S. Marshal's Registration Number: _____
d. [ ] Solely on this charge. Date and time of arrest: _____
e. On another conviction:   [ ] Yes   [x] No
   IF YES:   [ ] State   [ ] Federal   [ ] Writ of Issue
f. Awaiting trial on other charges::   [ ] Yes   [x] No
   IF YES:   [ ] State   [ ] Federal   AND
   Name of Court: _____
Date transferred to federal custody: _____
This person/proceeding is transferred from another district pursuant to F.R.CrP.   20 ___   21 ___   40 ___

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date   2/20/2014

Signature of Assistant U.S. Attorney
JEANNIE M. JOSEPH
Print Name