UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>MICHAEL D. DROBOT,<br><br><br><br>DEFENDANT(S) | CASE NUMBER<br><br>No. SA CR SACR14-00034<br><br>NOTICE TO COURT OF<br>RELATED CRIMINAL CASE<br><br>(PURSUANT TO GENERAL ORDER 224 AS AMENDED BY GENERAL ORDER 98-04) |
|---|---|

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to <u>United States v. [Under Seal Case]</u>, Case No. SA CR 12-23-JST, which:

    __X__    was previously assigned to the Honorable: Josephine L. Staton

    _____    has not been previously assigned.

The above-entitled cases may be related for the following reasons:

    __X__    the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

    _____    the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Additional explanation (if any):

Dated: February 20, 2014

JEANNIE M. JOSEPH
Assistant United States Attorney