## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SACR 14-00034-JLS | Date | April 24, 2014 |
|---|---|---|---|

| Present: The Honorable | **JOSEPHINE L. STATON, U.S. DISTRICT JUDGE** |
|---|---|
| Interpreter | None |

| Ellen Matheson | Miriam Baird | Jeannie Joseph |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (1) Michael D. Drobot | X | X | | (1) Derek Hahn, Terree Bowers, and Jeffrey Rutherford | | X | X |

Also present in court,.

**Proceedings:** CHANGE OF PLEA

　X　Defendant moves to change plea to Counts 1 and 2 of the 2-Count Information. Waiver of Indictment previously filed; Court enters findings and accepts the Waiver as filed.

　X　Defendant sworn, and states true name as Michael Dennis Drobot.

　X　Defendant enters new and different plea of GUILTY to Counts 1 and 2 of the Information.

　X　The Court questions the defendant regarding plea of GUILTY and FINDS that a factual basis has been laid, and further FINDS the plea is knowledgeable and voluntarily made. The Court ORDERS the plea accepted and entered.

　X　The Court further ORDERS the Plea Agreement incorporated into this proceeding.

　X　The Court refers the defendant to the Probation Office for investigation and pre-sentencing report, and the matter is continued to **December 12, 2014, at 10:30 a.m.** for sentencing. Further, sentencing position papers are to be filed with the Court no later than two (2) weeks before the date of sentencing, including service on the assigned U.S. Probation Officer.

　X　The Court further ORDERS the Scheduling Conference set for May 16, 2014, and the Jury Trial scheduled for May 27, 2014, VACATED.

　X　The Court further ORDERS the defendant released on the same terms and conditions as previously set, pending sentencing. Defendant and counsel are ordered to appear on December 12, 2014, at 10:30 a.m. for sentencing.

|  | 00 | : | 50 |
|---|---|---|---|
|  | Initials of Deputy Clerk | enm | |

cc: **USPO; PSA**